# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

---

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA** )
)
                **vs.** )   **Docket Number: 2:06CR00037-01**
)
**Tanedda Shammon DUPREE** )
)

## LEGAL HISTORY:

On September 20, 2006, Tanedda Shammon Dupree pled guilty to violating 18 USC 1344 - Bank Fraud. On November 29, 2006, she was sentenced to 27 months custody in the Bureau of Prisons, to be followed by a term of Supervised Release for a period of 5 years, which commenced on June 13, 2008. Special conditions included: 1) Warrantless search; 2) Financial disclosure; 3) Financial restrictions; 4) Drug/alcohol treatment program; 5) Drug/alcohol testing; 6) Abstain from alcohol; 7) Mental health treatment; and 8) Co-payment for treatment/testing. In addition, the offender was ordered to pay a $100 special assessment, and restitution in the amount of $154,226.35.

## SUMMARY OF COMPLIANCE:

Ms. Dupree has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that she has derived maximum benefit from supervision and is not in need of continued supervision. Ms. Dupree is a singe mother, supporting 2 children. She began working for Starbucks while at the Residential Re-Entry Center in Oakland, California. Upon her release to supervision, she transferred to a Starbucks in the Sacramento, California area, where she has worked since. Ms. Dupree has also completed multiple

RE: Tanedda Shammon DUPREE
Docket Number: 2:06CR00037-01
**RECOMMENDATION TERMINATING**
**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

Sacramento Adult and Vocational Education programs. She has certificates of completion for training in Anatomy and Physiology, Medical Terminology, Customer Service, Introduction to Computer Technology, and Fundamentals of Medical Office Administration.

Ms. Dupree still owes a large amount of restitution, however, she pays faithfully every month. The outstanding restitution balance is $150,912.35. Ms. Dupree has been instructed to continue making monthly payments to the United States District Clerk's Office should she be terminated from supervision early, with monitoring and enforcement to be done by the United States Attorney's Office, Financial Litigation Unit.

Ms. Dupree's conduct under supervision has been exemplary. She has proven herself to be a responsible and productive member of society.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,

/s/ Wendy E. Reyes
**WENDY E. REYES**
**United States Probation Officer**

Dated:   April 17, 2012
         Elk Grove, California

2
Rev. 04/2007
EARLY TERMINATION ~ RECOMMENDATION.MRG

**RE:    Tanedda Shammon DUPREE**
       **Docket Number:  2:06CR00037-01**
       **RECOMMENDATION TERMINATING**
       **SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

   WER/cj



**REVIEWED BY:**    /s/ Michael A. Sipe
                  **MICHAEL A. SIPE**
                  **Supervising United States Probation Officer**


cc:   AUSA, Matthew Segal (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35 - Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

# ORDER TERMINATING SUPERVISED RELEASE
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> vs. ) <br> ) <br> **Tanedda Shammon DUPREE** ) <br> ) | Docket Number: 2:06CR00037-01 |

On June 13, 2008, the above-named was placed on Supervised Release for a period of 5 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Wendy E. Reyes
**WENDY E. REYES**
**United States Probation Officer**

Dated: April 17, 2012
Elk Grove, California
WER/cj

**REVIEWED BY:** /s/ Michael A. Sipe
**MICHAEL A. SIPE**
**Supervising United States Probation Officer**

RE: Tanedda Shammon DUPREE
Docket Number: 2:06CR00037-01
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the Supervised Releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

May 24, 2012

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

WER/cj

Attachment: Recommendation

cc: Matthew Segal, United States Attorney's Office
United States Attorney's Office Financial Litigation Unit (ED/CA)
United States District Clerk's Office (ED/CA)